# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2898 Disciplinary Docket No. 3 |
| Petitioner | : | No. 82 DB 2022 |
| v. | : | Attorney Registration No. 71320 |
| LEE ERIC OESTERLING, | : | (Cumberland County) |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of August, 2022, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is **GRANTED**, and Lee Eric Oesterling is suspended on consent from the Bar of this Commonwealth for a period of five years, retroactive to May 19, 2015. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).